■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

HOUSHANG MAHBOUBIAN, Appellant.—Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on June 18, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.